IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. OMARA, | 1:11-cv-00812-OWW-DLB-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION AND DENYING MOTION FOR COPY OF DEFENDANTS' MOTION |
| vs. | |
| STEVEN SMITH, et al., | |
| Defendants. | (Motion #21) |
| _____/ | 30-DAY DEADLINE |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2011, plaintiff filed a motion to extend time to file a response to defendants' motion and answer and for a copy of defendants' motion and answer. The Court will grant Plaintiff an extension of time to respond to Defendants' motion, but will not grant a free copy of Defendants' motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to defendants' motion.

   IT IS SO ORDERED.

   Dated:   July 26, 2011            /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE